UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY ANDERSON,<br><br>    Petitioner,<br><br> v.<br><br>JACK WARNER,<br><br>    Respondent. | CASE NO. 3:25-cv-05157-LK<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

  On July 7, 2025, Magistrate Judge David W. Christel issued a Report and Recommendation ("R&R") in this case recommending that Petitioner Jeremy Anderson's underlying petition be dismissed with prejudice as barred by the one-year limitations period imposed under 28 U.S.C. § 2244(d). Dkt. No. 15. On July 30, 2025, Mr. Anderson filed objections to the R&R. Dkt. No. 18. It appears that the filing attached at docket entry 18 is missing two pages. Specifically, in the version the Court received, the header listing the page number goes from "Page 4 of 22" to "Page 7 of 22," indicating that Pages 5 and 6 are missing. *See id.* at 4–5.

MINUTE ORDER - 1

Accordingly, within 21 days of the date of this Order, Mr. Anderson is ORDERED to file a corrected and complete version of his objections. Dkt. No. 18. If he fails to do so before that date, the Court will proceed to consider his objections as currently filed.

Dated this 1st day of October 2025.

Ravi Subramanian
Clerk

/s/Natalie Wood
Deputy Clerk

MINUTE ORDER - 2